UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COREY HARDY,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION, successor by merger to FedEx Ground Package System, Inc.,

Defendant.

_____________________________ /

Case No. 26-13279

F. Kay Behm
United States District Judge

**ORDER FOR FACILITATION**

The Court orders the parties to engage in facilitation with retired Judge Gerald Rosen. The facilitator's fees and expenses will be shared equally between Plaintiff and Defendant. The facilitator will determine the date and time of meetings and will be authorized to require the in-person attendance of decision-makers and counsel. The parties are ordered to otherwise proceed in accordance with Local Rule 16.4. This case will be stayed until further order of the Court. Any due date for a response to the Complaint, if applicable, is suspended until further order of the Court, as is the requirement for the appearance of local counsel, if one has not yet appeared. It is anticipated that other cases in this district that involve similar claims against Defendant will

participate in the facilitation as part of a district-wide effort at resolution of these cases.

**SO ORDERED**.

Date: November 10, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge